UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>    vs.<br><br>VICTOR BERRELLEZA-VERDUZCO,<br><br>           Defendant. | NO.  CR12-62RSL<br><br>ORDER RE: MOTION TO FILE OVERLENGTH BRIEF |

      Before the Court for resolution is Defendant's Motion to File an Over-Length Brief.  The court having considered the submissions of the defendant, the court file herein, hereby orders:

      The Defendant's Motion to File an Over-Length Brief is hereby GRANTED.

      DATED this 14th day of March, 2013.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER RE: MOTION TO FILE OVERLENGTH BRIEF