1

2

3

4

5

6

7

8

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

9

10

11

12

13

14

UNITED STATES OF AMERICA,

Plaintiff,

vs.

VICTOR BERRELLEZA-VERDUZCO,

Defendant.

NO.  CR12-62RSL

ORDER RE: MOTION TO FILE
OVERLENGTH BRIEF

15

16

17

18

Before the Court for resolution is Defendant's Motion to File an Over-Length Brief.  The court having considered the submissions of the defendant, the court file herein, hereby orders:

The Defendant's Motion to File an Over-Length Brief is hereby GRANTED.

19

20

DATED this 14th day of March, 2013.

21

22

23

*Robert S. Lasnik*

Robert S. Lasnik
United States District Judge

24

25

26

27

28

ORDER RE: MOTION TO FILE OVERLENGTH BRIEF