# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF WASHINGTON

# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | } |
| Plaintiff, | } No.  CR-12-00062-RSL-3 |
| | } |
| vs. | } ORDER RE: |
| VICTOR BERRELLEZA-VERDUZCO, | } MOTION FOR LEAVE TO FILE SUR-REPLY |
| | } |
| Defendant. | } |

Before the Court for resolution is Defendant's Motion for leave to file Sur-Reply to the Government's Sur-Response to Motion to Suppress Intercepted Wire Communications.   The court having considered the submissions of the defendant, the court file herein, hereby orders:

The Defendant's Motion for leave to file Sur-Reply brief is hereby GRANTED.

DATED this 8th day of April, 2013.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER RE:  MOTION TO FILE SUR-REPLY-1-

JULIAN E. TREJO
TREJO LAW OFFICES
P.O. BOX 1338
MERCER ISLAND, WA  98040
(206) 275-0811